Cynque Daron Jones-Adams
c/o 235 Bainbridge Street Unit 1
Brooklyn, New York 11233
Email: qandnenterprise@gmail.com
Plaintiff In Pro Per

IN THE UNITED STATES DISTRICT COURT WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| **CYNQUE DARON JONES-ADAMS**<br><br>        Plaintiff,<br><br>    vs.<br><br>**EXPERIAN INFORMATION SOLUTIONS, INC.**<br><br>        Defendants. | Case No.: 2:24-cv-01839-JCC<br><br>**~~PROPOSED~~ ORDER** |

THIS MATTER came to be considered by the Court pursuant to the Motion for Leave to File Second Amended Complaint (Dkt. No. 21) filed by the Plaintiff in the above-styled cause. The Court having considered the Motion and being fully advised of the premises, it is, therefore

**ORDERED AND ADJUDGED:**

1. That the Motion for Leave to File Second Amended Complaint is and the same is hereby granted.

2. That the Second Amended Complaint attached to the afore-referenced Motion shall be deemed filed as of the date of this Order.

~~PROPOSED~~ ORDER - 1

3. ~~Defendant already served with the Second Amended Complaint shall have twenty (20) days from the date of this Order in which to file a responsive pleading.~~

DONE AND ORDERED in Chambers at Seattle, King County, Washington this _5th_ day of __May_____, 2025.

*[signature: John C. Coughenour]*

John C. Coughenour

UNITED STATES DISTRICT JUDGE

**~~PROPOSED~~ ORDER** - 2