THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CYNQUE DARON JONES-ADAMS, | CASE NO. C24-1839-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| EXPERIAN INFORMATION SOLUTIONS, INC., | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

On August 26, 2025, the Court (through its law clerk) held a conference call regarding Plaintiff's motion to compel (Dkt. No. 28.) During the call, the parties agreed to stipulate to a model protective discovery order, similar in form and substance to that available on the Court's website (*available at* https://www.wawd.uscourts.gov/court-forms). Defendant indicated, once the order is in place, it would disclose additional responsive discovery, namely its disclosure log and D/R log for this matter, as referenced at Docket Number 37-1 at 3.

The Court STAYS consideration of Plaintiff's motion to compel (Dkt. No. 28). Once the proposed order is filed and approved, and production occurs, Plaintiff may supplement the briefing on his motion to compel. That supplemental brief shall not exceed six pages of argument

MINUTE ORDER
C24-1839-JCC
PAGE - 1

and must be filed within 30 days of today. Defendant may then respond to Plaintiff's supplemental brief within 10 days thereafter. The response is also limited to six pages of argument.

DATED this 26th day of August 2025.

Ravi Subramanian
Clerk of Court

s/Kadya Peter
Deputy Clerk

MINUTE ORDER
C24-1839-JCC
PAGE - 2