THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CYNQUE DARON JONES-ADAMS,<br><br>    Plaintiff,<br><br>    v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>    Defendant. | CASE NO. C24-1839-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff's motion for leave to file a surreply (Dkt. No. 51) along with Defendant's response (Dkt. No. 52). The Court GRANTS the motion for leave (Dkt. No. 51) but DECLINES Defendant's request to lodge a more fulsome response (Dkt. No. 52 at 3). Any properly lodged argument will be addressed when ruling on Defendant's summary judgment motion (Dkt. No. 44).

DATED this 22nd day of December 2025.

<u>Ravi Subramanian</u>
Clerk of Court

<u>s/Kadya Peter</u>
Deputy Clerk

MINUTE ORDER
C24-1839-JCC
PAGE - 1